No. 88–2016. OLYMPIA ROOFING CO. ET AL. *v.* CELOTEX CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–2017. M/V LITSA, FKA M/V LAURIE U *v.* SOUTHEASTERN MARITIME CO. C. A. 3d Cir. Certiorari denied. 

No. 88–2020. HINDMAN *v.* CITY OF PARIS ET AL. C. A. 5th Cir. Certiorari denied. 

No. 88–2021. QUINONES ET AL. *v.* LEMA-MOYA, SECRETARY OF EDUCATION OF PUERTO RICO, ET AL. C. A. 1st Cir. Certiorari denied. 

No. 88–2022. 20 ACRES OF LAND, MORE OR LESS, IN EDDY COUNTY, NEW MEXICO, ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 88–2024. FLORES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 88–2025. KING *v.* KANSAS. Ct. App. Kan. Certiorari denied. 

No. 88–2026. PACYNA *v.* MARSH, SECRETARY OF THE ARMY, ET AL. C. A. 2d Cir. Certiorari denied. 

No. 88–2027. WJW–TV, INC. *v.* CITY OF CLEVELAND ET AL. C. A. 6th Cir. Certiorari denied. 

No. 88–2028. THOMPSON *v.* LAPE, JUDGE, KENTON CIRCUIT COURT. Sup. Ct. Ky. Certiorari denied.

No. 88–2029. PAETZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 88–2030. LISA ET UX. *v.* FOURNIER MARINE CORP. ET AL. C. A. 1st Cir. Certiorari denied. 

No. 88–2032. MORLEY ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 11th Cir. Certiorari denied. 

No. 88–2033. ROBERTS *v.* SUN EXPLORATION & PRODUCTION CO. C. A. 10th Cir. Certiorari denied.